IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-01392-REB-STV

SUZANNE KUKURIS,

    Plaintiff,

v.

NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Amended Notice of Dismissal With Prejudice** [#47][1] filed July 15, 2024. Fed. R. Civ. P. 41(a)(1)(A)(ii) permits a plaintiff to dismiss their complaint without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Procedurally, voluntary dismissal by the plaintiff is proper.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Notice of Dismissal With Prejudice** [#47], is approved;

2. That under Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice;

3. That all deadlines and hearings, including the combined Final Pretrial/Trial Preparation Conference set January 6, 2025, and the four day jury trial set to commence February 3, 2025, are vacated;

---

[1] "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That each party shall bear their own attorney fees and costs; and

5. That this case is closed.

Dated July 16, 2024, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge